United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

| | | | |
|---|---|---|---|
| **DEFT:** | GARY HENDRY (Bond) | **CASE NO:** | 19-14035-CR-ROSENBERG |
| **AUSA:** | Michael Porter *present* | **ATTORNEY:** | David Roth (Retained) *present* |
| **AGENT:** | Dadre McCreary, HSI *present* | **VIOL:** | 8:1324(a)(1)(A)(v)(I) |
| **PROCEEDING:** | Change of Plea | **BOND SET:** | $250,000 Personal Surety Bond |

☐ Surrender and/or do not obtain passports/travel documents
☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment.
☐ Maintain or seek full-time employment/education.
☐ No contact with victims/witnesses.
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments.
☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

*Deft present with retained counsel, David Roth, Esquire*

*Deft sworn and testimony taken re: change of plea*

*Counsel for Government reads in open court, summary of factual proffer and essential elements of the offense*

*Both Deft and Defense counsel accept the Government's essential elements and approve the written Factual Basis for the change of plea (signed by all parties)*

*Deft pleads guilty as to Count 1 of the Indictment*

*Court to issue Report and Recommendation adjudging Deft guilty as to Count 1 of the Indictment*

*Final sentencing date set 12/5/19 at 11:00 a.m. before Judge Rosenberg in West Palm*

*Pursuant to plea agreement and prior to start of court, Defense delivers cashier's check in the amount of $282,789.00 to AUSA Michael Porter*

*Court permit Defendant to remain on bond pending sentencing before Judge Rosenberg*

*Court will defer ruling on Defense counsel's ore tenus motion for Deft permission to travel to Memphis, TN on Thurs. 9/26/19 and return home Mon., 9/30/19 (will confer w/Judge Rosenberg)*

**DISPOSITION:** Plea

DATE: 9/25/2019    START TIME: 10:00A.M.    Time in Court: 38 Minutes    (DAR: 10.26.11 FTP-FJL/4074)