UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-14035-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA
    Plaintiff,
v.

TENTLOGIX, INC.,
A Florida Corporation,
GARY HENDRY.
DENNIS BIRDSALL, and
KENT HUGHES.
    Defendant.
_____/

**ORDER ON AGREED MOTION TO RETURN PASSPORT**

THIS CAUSE having come before the Court on the parties Agreed Motion to Return Passport it is hereby:

ORDERED AND ADJUDGED that the Pretrial Services Office shall return the passport of KENT HUGHES to him.

DONE AND ORDERED in West Palm Beach, Palm Beach County, Florida, this <u>6th</u> day of <u>November</u> 2019.

                                                  */s/ Robin L. Rosenberg*
                                                  Robin L. Rosenberg
                                                  United States District Judge

Copies to:
Robert J. Watson, Attorney
Michael Porter, ASA
Pretrial Services Office