# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

United States of America      :      19-14035-CR-ROSENBERG

v.

Gary Hendry      :      April 21, 2020

## Amendment to Motion and Incorporated Memorandum for Modification of Sentence and for Other Relief

COMES NOW the defendant, GARY HENDRY, by and through his undersigned counsel and files this his Amendment to the above captioned Motion filed on April 21, 2020 (Document Entry 182) and would respectfully show as follows:

1. The undersigned defense counsel learned yesterday evening (April 21, 2020) from Mr. Hendry's wife, Marcia, additional details regarding Mr. Hendry's significant and complex medical situation, towit;

    a. Mr. Hendry's sleep apnea has existed for decades. In 1999 he had extensive oral maxillofacial facial surgery, which involved the breaking of his jaw bones; tongue resection, and partial throat reconstruction. Unfortunately, the surgery was unsuccessful and resulted in complications, requiring hospitalization in an intensive care unit.

LAW OFFICES OF ROTH & DUNCAN, P.A.

SUITE 325 • NORTHBRIDGE CENTRE • 515 NORTH FLAGLER DRIVE • WEST PALM BEACH, FLORIDA 33401 • TEL. (561) 655-5529 • FAX (561) 655-7818

b.  Mrs. Hendry also verified that upon admission to FCI Jessup, the machine necessary to keep Mr. Hendry's CPAC apparatus clean and sanitized was not permitted (presumably because of its electrical cord).

c.  At this serious juncture of the COVID-19 crisis it is especially and critically important for the CPAC machine to be supported by this device.

d.  Mrs. Hendry further advises that the aforementioned oral surgery was performed by doctors, James E. Strauss, M.D. and Sorrel Straus, M. D., Stuart, Florida.

e.  Mr. Hendry has suffered from severe diverticulitis for at least fifteen years and requires a special high fiber diet. He also required emergency treatment on several occasions.

2.  Attached hereto and incorporated by reference is a copy of the District Court Decision in the *USA vs. William Sawcicz, 1:08-cr-00287-ARR,* as Defense Exhibit 1 to this pleading.

3.  Attached hereto and incorporated by reference is a copy of the  District Court Decision in *USA vs. Gerard Scparta, 18-cr-578-AJN* as Defense Exhibit 2 to this pleading, (*USA vs. Carver* (Pacer access is not possible at the time of filing of this pleading).

Respectfully submitted

By _David Roth_
David Roth, Esq.

2

515 N. Flagler Drive, Suite 325
West Palm Beach, FL 33401
droth@rothduncan.com
(561) 655-5529

## Certification of Service

I hereby certify that the foregoing Motion and Incorporated Memorandum for Modification of Sentence and Other Relief was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By _____
        David Roth, Esq.

3

LAW OFFICES OF ROTH & DUNCAN, P.A.

SUITE 325 • NORTHBRIDGE CENTRE • 515 NORTH FLAGLER DRIVE • WEST PALM BEACH, FLORIDA 33401 • TEL. (561) 655-5529 • FAX (561) 655-7818