UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America      :      19-14035-CR-ROSENBERG

v.

Gary Hendry                   :      April 27, 2020

## Supplement to Gary Hendry's Response Memorandum

COMES NOW, the Defendant, Gary Hendry by and through his undersigned attorney and files this, his Supplement to Response and respectfully would show as follows:

There are two corrected typographical errors in his response, towit:

1. He in fact surrendered himself to the Federal Correction Institution at Jesup Georgia on April 20, 2020.

2. He will remain in isolation as described in his response until May 4, 2020, not May 1, 2020.

Further, his response inadvertently did not include the fact that he has a history of Melanoma, which requires dermatological monitoring.

1

In addition, all facilities at Jesup have been on total lockdown for weeks and the Satellite Camp inmates are housed in triple bunks, without any opportunity of fresh air whatsoever.

Finally, also entering the premises, are outside necessary supply persons, further increasing the risk of the virus infecting inmates and staff alike.

Respectfully submitted,

By _____
David Roth, Esq.
515 N. Flagler Drive, Suite 325
West Palm Beach, FL 33401
droth@rothduncan.com
(561) 655-5529

Certification of Service

I hereby certify that the foregoing Reply Memorandum was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By _____
David Roth, Esq.