UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-14035-CR-ROSENBERG/MAYNARD

**UNITED STATES OF AMERICA**

v.

**GARY HENDRY,**

            **Defendant.**
_____/

**STATUS REPORT TO THE COURT**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Status Report with the Court. The United States seeks to update the Court with the following information:

On July 10, 2020, BOP designated Hendry for home confinement under 18 U.S.C. § 3624(c)(2), with a transfer to home confinement date of July 28, 2020.

            Respectfully submitted,

            ARIANA FAJARDO ORSHAN
            UNITED STATES ATTORNEY

By:   **/s/Michael D. Porter**
       Michael D. Porter
       Assistant United States Attorney
       Florida Bar# 0031149
       101 South U.S. Highway 1
       Suite 3100
       Fort Pierce, Florida 34950
       Telephone: (772) 293-0950
       Email:michael.porter2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by either regular U.S. mail or inter-office delivery.

                                        **/s/Michael D. Porter**
                                        Michael D. Porter
                                        Assistant United States Attorney