UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 19-14035-CR-ROSENBERG
Plaintiff,

vs.

GARY HENDRY
Defendant.
_____/

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant, Gary Hendry, by and through his undersigned attorneys, and files this his Unopposed Motion for Early Termination of Supervised Release and respectfully would show as follows:

1. Unites States Probation Officer, Linda Maltese has confirmed that she has no objection to the granting of this Motion.

2. Assistant United States Attorney, Michael Porter has advised that the Government has no objection to the granting of this Motion.

3. It is understood that Tentlogix remains on supervised release without any change whatsoever in its conditions of release.

WHEREFORE, the Defendant, Gary Hendry respectfully requests that his supervised release be terminated effective 12:01 a.m., July 31, 2021, the one-year anniversary of his release from the Bureau of Prisons.

Respectfully submitted,
ROTH & DUNCAN, P.A.

Northbridge Centre, Suite 325
515 North Flagler Drive
P.O. Box 770
West Palm Beach, Florida 33402
Tele: (561)-655-5529

_____
DAVID ROTH
Fla. Bar #116023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Filing to, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950; and Linda Maltese, US Probation linda_maltese@flsp.uscourts.gov; this 26th day of July 2021.

2